**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  J G PLUMBING, INC.            CHAPTER 7
                                       CASE NO:  8:00-BK-07302-MGW

                Debtor(s).
_____/

**REPORT OF TRUSTEE OF UNCLEARED FUNDS**

    **COMES NOW** the Trustee, Andrea P. Bauman, and she does respectfully show that, pursuant to the orders of distribution, she has disbursed the entire amount in the Trustee's account, and that all checks have cleared with the exception of the following:

_____

| Claim # | Check | Claimant /Address | Amount |
|---|---|---|---|
| 4I | 114 | MOBILE HOSE & SPRAY<br>5426 Ashton Ct.<br>Unit #8<br>Sarasota, FL 34233 | $72.52 |
| 9I | 118 | BOEDELL PLUMBING SUPPLY<br>PO BOX 3845<br>Tequesta, FL | $10,238.70 |
| 12I | 120 | BUILDING SUPPLY CREDIT<br>PO BOX 49123<br>SARASOTA, FL 34230 | $218.92 |
| 14I | 121 | SARASOTA AUTO GLASS<br>1035 N. LIME AVE., BOX #1<br>SARASOTA, FL 34237 | $185.72 |
| 20I | 126 | WORKERS TEMP STAFFING<br>JACQUELINE BARNES, COLL SUP<br>PO BOX 954179<br>LAKE MARY, FL 32795-4179 | $817.68 |
| 23I | 129 | FERGUSON ENTERPRISES, INC<br>PO BOX 861621<br>ORLANDO, FL 32886 | $2,593.91 |
| 27I | 132 | MGMC<br>PO BOX 810<br>LARGO, FL 34649 | $261.14 |
| 28I | 133 | TRADEWAY SUPPLY, INC.<br>C/O JOSEPH F SUMMONTE JR ESQ<br>PO BOX 1479<br>SARASOTA, FL 34230 | $11,423.67 |

| Claim # | Check | Claimant /Address | Amount |
|---|---|---|---|
| 30I | 135 | PARTS PROS AUTOMOTIVE<br>5012 US 301 BLVD E<br>5678 FRUITVILLE RD<br>BRADENTON, FL 34203 | $244.15 |
| 31I | 136 | JUDD ULRICH DEAN PA<br>2940 S. TAMIAMI TRAIL<br>SARASOTA, FL 34239 | $621.91 |
| 17I | 123 | PLUMBING PARTS & SPECIAL<br>4230 DEREK WAY<br>SARASOTA, FL 34233 | $734.52 |
| 22I | 128 | ASAP RENTAL EQUIPMENT<br>5377 MCINTOSH RD<br>SARASOTA, FL 34240 | $636.00 |
| 24I | 130 | STEVE ORR SERVICES<br>PO BOX 20972<br>BRADENTON, FL 34204 | $318.21 |
| 41I | 143 | BOB'S LOCK AND ALARM<br>21202 OLEAN BLVD., UNIT A-2<br>PT CHARLOTTE, 32952 | $31.91 |
| 8I | 117 | CARE ELECTRIC INC.<br>6020-C DEACON PLACE<br>SARASOTA, FL 34238 | $108.07 |
| 10I | 119 | HEALTHSOUTH<br>5933 N. WASHIGNTON BLVD<br>STE A<br>SARASOTA, FL 34243 | $190.83 |

_____

    That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to the provisions of 11 USC Section 347, the undersigned attaches hereto check(s) in the amount(s) listed above payable to the Clerk, US Bankruptcy Court, and states that the claimant(s) entitled thereto, are as listed above, and that their addresses, as far as known, are given above.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by hand delivery and/or regular U.S. Mail to**: Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 dated this 10th day of FEBRUARY, 2016.

    /s/ Andrea Bauman
    _____
    ANDREA P. BAUMAN, TRUSTEE
    POST OFFICE BOX 5530
    LAKELAND, FL 33807
    (863) 701-7047